CASE 0:11-cv-00139-RHK -JJG

01/31/2011

Dear Honorable Judge Richard H. Kyle/ Jeanne J. Graham,

Hello my name is Mittiel M. Tensley and I am the named defendant in CASE 0:11-cv-00139-RHK -JJG "Call of The Wild v Tensley." I am writing you this letter because I am innocent of this 'copyright infringement' claim being brought against me. I live in a house and I rent a room in the upstairs of my home and the basement out. All the bills are in my name and so is the internet bill. There are computers in my home but, I personally do not own one nor do I use any computer at my home. I will be 65 yrs old on February 16th and I do not even know how to use the internet let alone download a film. I feel as though the Dunlap, Grubb and, Weaver law firm has been trying to get money out of me which I do not have and, I am not the person they should be after. They first offered me a $2,500 settlement and gave me about 3 weeks to come up with the money. Then they increased that to $3,500 and said if I did'nt pay that by another set date they would file a lawsuit against me. I feel their methods are wrong and unethical. All I ask Honorable Judge Richard H. Kyle/ Jeanne J. Graham is that you dismiss this lawsuit against me because I have done nothing wrong. I thank you so very much for taking the time to read this.

Sincerely,

Mittiel M. Tensley
*Mittiel M. Tensley*

*Aisha A. Mohamed*

AISHA G. MOHAMED
Notary Public
Minnesota
My Commission Expires January 31, 2014

Dated 31st - Jan, 2011

SCANNED
FEB 0 4 2011
U.S. DISTRICT COURT ST. PAUL



RECEIVED BY MAIL FEB 04 2011 CLERK, U.S. DISTRICT COURT ST. PAUL, MN

Richard D. Sletten
Warren E. Burger Federal
Building and US Courthouse
316 North Robert Street
Suite 100
St. Paul, MN 55101

"Documents Protective Order"
Case# 0:11-cv-00139-RHK-JJG

Mittiel M Teusker
1021 7th Ave SE
Rochester, MN 55904