UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Call of the Wild Movie, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>Mittiel M. Tensley,<br><br>                    Defendant. | Civil No. 11-0139 (RHK/JJG)<br><br>**ORDER** |

This matter began when Plaintiff filed its complaint on January 19, 2011.  On February 4, 2011, defendant, who is appearing pro se, filed a Motion for Protective Order (Doc. No. 3), a Motion to Quash and/or Vacate Subpoena (Doc. No. 4), and a Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 5), without obtaining a hearing date as required by Local Rule 7.1(a) and (b).  The motions have been referred to the undersigned by District Judge Richard H. Kyle for consideration and a Report and Recommendation (Doc. No. 7).

Based upon the all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff shall file and serve its response and supporting documents to the three outstanding motions on or before **March 16, 2011**;

2. Defendant shall file his reply, if any, to any of the three outstanding motions on or before **March 23, 2011**;

2

3. The Court will determine whether a hearing will be necessary or whether it can rule on the papers, after a review of all of the papers filed; and

4. If a hearing is necessary, it will take place on **Wednesday, April 6, 2011 at 11:00 a.m. in Courtroom 3B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, MN  55101.


Dated:  February 11, 2011            _s/ *Jeanne J. Graham*_
                                                 JEANNE J. GRAHAM
                                                 United States Magistrate Judge