UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Call of the Wild Movie, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mittiel M. Tensley,<br><br>　　　　Defendant. | Court File No.:  11-CV-0139 (RHK/JJG)<br><br>**ANSWER AND<br>JURY DEMAND** |

Defendant Mittiel M. Tensley hereby answers the Complaint as follows:

1.　　　Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1 of the Complaint, and on that basis denies those allegations.

2.　　　Tensley admits the allegations in Paragraph 2.

3.　　　Tensley admits that personal jurisdiction is proper.  Tensley denies the remaining allegations in Paragraph 3.

4.　　　Tensley admits that the Court has subject matter jurisdiction.

5.　　　Tensley admits that venue is proper.

6.　　　Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Complaint, and on that basis denies those allegations.

7. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 of the Complaint, and on that basis denies those allegations.

8. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of the Complaint, and on that basis denies those allegations.

9. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 9 of the Complaint, and on that basis denies those allegations.

10. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10 of the Complaint, and on that basis denies those allegations.

11. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 11 of the Complaint, and on that basis denies those allegations.

12. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 12 of the Complaint, and on that basis denies those allegations.

13. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 13 of the Complaint, and on that basis denies those allegations.

14. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14 of the Complaint, and on that basis denies those allegations.

15. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 15 of the Complaint, and on that basis denies those allegations.

16. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 16 of the Complaint, and on that basis denies those allegations.

17. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 of the Complaint, and on that basis denies those allegations.

18. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 of the Complaint, and on that basis denies those allegations.

19. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19 of the Complaint, and on that basis denies those allegations.

20. Tensley denies the allegations in Paragraph 20 of the Complaint.

21. Tensley denies the allegations in Paragraph 21 of the Complaint.

22. Tensley denies the allegations in Paragraph 22 of the Complaint.

23. Tensley denies the allegations in Paragraph 23 of the Complaint.

## **COUNT I – ALLEGED COPYRIGHT INFRINGEMENT**

24. Tensley lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 24 of the Complaint, and on that basis denies those allegations.

25. Tensley denies the allegations in Paragraph 25 of the Complaint.

26. Tensley denies the allegations in Paragraph 26 of the Complaint.

27. Tensley denies the allegations in Paragraph 27 of the Complaint.

28. Tensley denies the allegations in Paragraph 28 of the Complaint.

29. Tensley denies the allegations in Paragraph 29 of the Complaint.

30. Tensley denies the allegations in Paragraph 30 of the Complaint.

31. To the extent that any allegations of the Complaint have not been previously specifically admitted or denied, Tensley denies them.

## DEMAND FOR JURY TRIAL

In accordance with Fed. R. Civ. P. 38(b), Tensley demands a trial by jury.

## RELIEF REQUESTED

WHEREFORE, Tensley respectfully requests the following relief:

1. A judgment in favor of Tensley denying all relief requested by Plaintiff in this action and dismissing Plaintiff's Complaint with prejudice;

2. An award of the attorney's fees and costs incurred defending this action; and

3. Such other and further relief the court deems just and proper.


Dated:  March 2, 2011

 s/ Lora M. Friedemann
Lora M. Friedemann (#259615)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Mittel M. Tensley*

4882055_1.DOC