## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Call of the Wild Movie, LLC, | Civil No. 11-139 (RHK/JJG) |
| Plaintiff, | **DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |
| vs. | |
| Mittiel M. Tensley, | |
| Defendant. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 2, 2011

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge