

April 26, 2011

<u>**Via E-Mail and U.S. Mail**</u>

Magistrate Judge Jeanne J. Graham
United States District Court
U.S. Courthouse, Suite 342
316 North Robert Street
St. Paul, MN  55101

      Re:    Call of the Wild Movie, LLC v. Mittiel M. Tensley
               Civil No. 11-0139 RHK/JJG

Dear Magistrate Judge Graham:

At the initial pretrial conference in the above matter, the Court indicated a desire to bring the parties in for a settlement conference in June.  The Court asked the parties to check with our clients regarding availability and to follow up with Ms. Kirby to schedule the conference after doing so.  Ms. Tensley is available for a settlement conference on June 1, 2, 7, 8, 14, 15, 16, 21, 22, 23 and 28.  Plaintiff's counsel did not respond to my inquiries regarding Plaintiff's availability.

Sincerely,

s/  Lora M. Friedemann

Lora M. Friedemann
**Direct Dial:**  612.492.7185
**Email:**  lfriedemann@fredlaw.com

LMF:dlo:
cc:    Gregory J. Haupert, Esq.
       Minnie Tensley

4916724_1.DOC

Attorneys & Advisors / Fredrikson & Byron, P.A.
main  612.492.7000   200 South Sixth Street, Suite 4000
fax  612.492.7077    Minneapolis, Minnesota
www.fredlaw.com      55402-1425

MEMBER OF THE WORLD SERVICES GROUP
A Worldwide Network of Professional Service Providers

OFFICES
Minneapolis / Bismarck / Des Moines / Fargo / Monterrey, Mexico / Shanghai, China