UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| CALL OF THE WILD MOVIE, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MITTIEL M. TENSLEY )<br>)<br>Defendant. )<br>_____) | CA. 0:11-CV-00139-RHK-JJG |

NOTICE OF WITHDRAWAL

TO:   DEFENDANT ABOVE-NAMED AND ITS ATTORNEY, LORA FRIEDEMANN:

Notice is hereby given that Attorneys Thomas M. Dunlap and Nicholas A. Kurtz, with the firm of Dunlap, Grubb & Weaver, PLLC hereby withdraw from representation of Plaintiff effective August 17, 2011.

Dated this 17th day of August, 2011.

                DUNLAP, GRUBB & WEAVER, PLLC

                By___s/ Nicholas A. Kurtz_____
                  Thomas M. Dunlap
                  Nicholas A. Kurtz
                  1200 G Street, NW Suite 800
                  Washington, DC 20005
                  Telephone: 202-316-8558

                  Gregory J. Haupert - 0320213
                  RAJKOWSKI HANSMEIER LTD.
                  11 Seventh Avenue North
                  P.O. Box 1433
                  St. Cloud, Minnesota 56302
                  Telephone: (320) 251-1055
                  Attorneys for Plaintiff