UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Call of the Wild Movie, LLC,

      Plaintiff,

v.

Mittiel M. Tensley,

      Defendant.

Court File No.: 11-CV-0139 (PJS/JJG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate and agree that all claims in the above action shall be dismissed with prejudice, and that each party shall bear its own costs, expenses and attorneys fees.

Dated: August 26, 2011

    s/ Gregory J. Haupert
    Gregory J. Haupert (#0320213)
    ghaupert@rajhan.com
    RAJKOWSKI HANSMEIER LTD.
    11 Seventh Avenue North
    P.O. Box 1433
    St. Cloud, MN 56302
    (320) 251-1055

    **ATTORNEYS FOR PLAINTIFF**

Dated: August 25, 2011

    s/ Lora Friedemann
    Lora M. Friedemann (#259615)
    lfriedemann@fredlaw.com
    FREDRIKSON & BYRON, P.A.
    200 South Sixth Street, Suite 4000
    Minneapolis, MN 55402-1425
    (612) 492-7000

    **ATTORNEYS FOR DEFENDANT**