UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CALL OF THE WILD MOVIE, LLC, | Case No. 11-CV-139 (PJS/JJG) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| MITTIEL M. TENSLEY, | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal With Prejudice filed by the parties on August 26, 2011 [Civil Docket No. 22],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: August 29, 2011            s/Patrick J. Schiltz
                                  Patrick J. Schiltz
                                  United States District Judge